**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**

**<u>INDEX OF EXHIBITS</u>**

| | |
|---|---|
| **EXHIBIT A** | Amended and Restated Secured Promissory Note |
| **EXHIBIT B** | UCC-1 Financing Statement |
| **EXHIBIT C** | March 5, 2025 Default Correspondence to Bollinger Motors |
| **EXHIBIT D** | March 12, 2025 correspondence to Bollinger Motors |
| **EXHIBIT E** | January 3, 2025 correspondence to Bollinger Motors |
| **EXHIBIT F** | January 8, 2025 correspondence from Bollinger Motors |
| **EXHIBIT G** | Lawsuit filed on March 11, 2025 by Auto Metal Craft, Inc. v. Bollinger Motors |

31205149v1