**CT Corporation**
a Wolters Kluwer Business

# Search Results

| | |
|---|---|
| JACOB FLOM | Date: 03/18/2025 |
| Winthrop & Weinstine | Order #: 103342017 |
| Suite 3500 | Customer #: 505349 |
| 225 South Sixth Street | Reference 1: BOLLINGER MOTORS, INC. |
| Minneapolis, MN 55402-4629 | Reference 2: -- |

**Target Name:** BOLLINGER MOTORS, INC.

**Jurisdiction:** Secretary of State, Delaware

**Search Type:** UCC Lien              **Searched Through:** 02/28/2025
Results:   See Attached Certified Search with 2 Copies Attached       Searched: 5 Years

MOLLY STEVENS
UCC Team 5
4400 Easton Commons Way
Suite 125
Columbus, OH 43219
000000000
Molly.Stevens@wolterskluwer.com

This report contains information compiled from sources which CT Corporation considers reliable but does not control. The information provided is not a certified record of the applicable jurisdiction unless otherwise indicated. CT Corporation does not (i) warrant or guarantee the accuracy, completion or timeliness of the information provided or (ii) accept any liability for delays, errors or omissions in the information provided. CT Corporation is not an insurer with regard to this information or these services. Under no circumstances shall CT Corporation be liable for any loss of underlying collateral or loss (or decreased priority) of security interest in connection with this information or these services. Any categorization of search results is provided for convenience only and is not to be construed as a legal opinion concerning the status of filings .

# Delaware
Page 1

The First State

CERTIFICATE

```
    SEARCHED MARCH 17, 2025 AT 5:53 P.M.
    FOR DEBTOR, BOLLINGER MOTORS, INC.

    1 OF 2            FINANCING STATEMENT           20247399528
                EXPIRATION DATE: 10/24/2029
    DEBTOR:     BOLLINGER MOTORS, INC.

                14925 W. ELEVEN MILE RD              ADDED    10-24-24

                OAK PARK, MI US 48237

    SECURED:    BOLLINGER, ROBERT

                225 SOUTH 6TH ST, SUITE 3500         ADDED    10-24-24

                MINNEAPOLIS, MN US 55402


                        F I L I N G   H I S T O R Y

    20247399528    FILED 10-24-24   AT 11:07 A.M.   FINANCING STATEMENT


    2 OF 2            FINANCING STATEMENT           20248926139
                EXPIRATION DATE: 12/20/2029
    DEBTOR:     BOLLINGER MOTORS, INC.

                14925 W 11 MILE ROAD                 ADDED    12-20-24

                OAK PARK,  CA 48237
```



*C. P. Sanchez*
Charuni Patibanda-Sanchez, Secretary of State

20261031502-UCC11
SR# 20251097414

Authentication: 203190677
Date: 03-17-25

You may verify this certificate online at corp.delaware.gov/authver.shtml

# Delaware
## The First State

Page 2

SECURED:    THE LINCOLN ELECTRIC COMPANY

            22801 ST. CLAIR AVENUE                ADDED    12-20-24

            CLEVELAND, OH US 44117-1199


F I L I N G   H I S T O R Y

20248926139    FILED 12-20-24    AT 10:21 A.M.    FINANCING STATEMENT


E N D   O F   F I L I N G   H I S T O R Y

  THE UNDERSIGNED FILING OFFICER HEREBY CERTIFIES THAT THE ABOVE
LISTING IS A RECORD OF ALL PRESENTLY EFFECTIVE FINANCING STATEMENTS,
FEDERAL TAX LIENS AND UTILITY SECURITY INSTRUMENTS FILED IN THIS
OFFICE WHICH NAME THE ABOVE DEBTOR, BOLLINGER MOTORS, INC. AS OF
FEBRUARY 28, 2025 AT 11:59 P.M.



C. P. Sanchez

Charuni Patibanda-Sanchez, Secretary of State

20261031502-UCC11                                Authentication: 203190677
SR# 20251097414                                  Date: 03-17-25

You may verify this certificate online at corp.delaware.gov/authver.shtml

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT SUBMITTER (optional)
Winthrop & Weinstine, P.A.

B. E-MAIL CONTACT AT SUBMITTER (optional)
jflom@winthrop.com

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

225 South 6th St, Ste. 3500
Minneapolis, MN 55402

SEE BELOW FOR SECURED PARTY CONTACT INFORMATION

Delaware Department of State
U.C.C. Filing Section
Filed: 11:07 AM 10/24/2024
U.C.C. Initial Filing No: 2024 7399528

Service Request No:  20244032950

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Bollinger Motors, Inc. | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 14925 W. Eleven Mile Rd | Oak Park | MI | 48237 | U.S. |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| Bollinger | Robert | | | |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 225 South 6th St, Suite 3500    c/o Bill Burdett | Minneapolis | MN | 55402 | U.S. |

4. COLLATERAL: This financing statement covers the following collateral:

All of the right, title, and interest in all of the assets of the Debtor, now owned or hereafter acquired by the Debtor, or in which the Debtor now has or at any time in the future may acquire, any right, title, or interest, including, but not limited to, the following (in each case, excluding any Excluded Assets (as defined below)):

Machinery and Equipment: All Equipment (as defined in the Uniform Commercial Code ("UCC")), including all manufacturing equipment, machinery, tools, and production lines, including all present and future fixtures, parts, and accessories related thereto.

Vehicles: All automobiles, trucks, forklifts, and other vehicles owned by the Debtor and used for business operations.

Proceeds: All Proceeds (as defined in the UCC) arising from the sale, lease, or other disposition of the above collateral, including insurance proceeds and any other forms of compensation derived from loss or damage to the assets.

Notwithstanding the above description, the Collateral shall not include, and the Debtor is not pledging or granting any security interests under this financing statement in, any of the following (collectively, "Excluded Assets"): (a) any Inventory (as defined in the UCC); and (b) any intellectual property and any related rights (including any patents, trademarks, trade secrets, copyrights, licenses, and any related intellectual property rights (including software and engineering designs) whether owned or licensed by the Debtor); provided, that "Excluded Assets" shall not include any Proceeds, products, substitutions, or replacements of Excluded Assets unless such Proceeds, products, substitutions, or replacements would otherwise constitute Excluded Assets.

5. Check only if applicable and check only one box:    Collateral is  ☐ held in a Trust (see UCC1Ad, item 17 and Instructions)    ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction    ☐ Manufactured-Home Transaction    ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien    ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable):    ☐ Lessee/Lessor    ☐ Consignee/Consignor    ☐ Seller/Buyer    ☐ Bailee/Bailor    ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
25621.1

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 07/01/23)

# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
NCS UCC SERVICES GROUP (440) 461-9661

**B. E-MAIL CONTACT AT FILER (optional)**
UCC@NCSCREDIT.COM

**C. SEND ACKNOWLEDGMENT TO:** (Name and Address)

PO BOX 24101
CLEVELAND, OH 44124
US

Delaware Department of State
U.C.C. Filing Section
Filed: 10:21 AM 12/20/2024
U.C.C. Initial Filing No: 2024 8926139

Service Request No: 20244564616

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b) (use exact, full name, do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| BOLLINGER MOTORS, INC. | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 14925 W 11 MILE ROAD | OAK PARK | | 48237 | CA |

**2. DEBTOR'S NAME:** Provide only one Debtor name (2a or 2b) (use exact, full name, do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

**3. SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| THE LINCOLN ELECTRIC COMPANY | | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 22801 ST. CLAIR AVENUE | CLEVELAND | OH | 44117-1199 | US |

**4. COLLATERAL:** This financing statement covers the following collateral:
Seller retains a purchase money security interest on and in such Goods until Seller receives payment in full, and Buyer will cooperate with Seller to perfect any such interest as deemed reasonably necessary by Seller.

**5.** Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

**6a.** Check only if applicable and check only one box:
☐ Public-Finance Transaction  ☐ Manufactured-Home Transaction  ☐ A Debtor is a Transmitting Utility

**6b.** Check only if applicable and check only one box:
☐ Agricultural Lien  ☐ Non-UCC Filing

**7.** ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor  ☐ Consignee/Consignor  ☐ Seller/Buyer  ☐ Bailee/Bailor  ☐ Licensee/Licensor

**8.** OPTIONAL FILER REFERENCE DATA:
0366372

International Association of Commercial Administrators
FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)