

March 12, 2025

H. William Burdett, Jr.
Direct Dial: (612) 604-6434
bburdett@winthrop.com

<u>*Via Electronic and U.S. Mail*</u>

Bollinger Motors, Inc.
Attn: Bryan Chambers
14925 West Eleven Mile Road
Oak Park, Michigan 48237
legal@bollingermotors.com

**Re:   Robert Bollinger Loan
         Continuing Default**

To Whom It May Concern:

This firm represents Robert Bollinger ("**Lender**") with respect to the Amended and Restated Promissory Note that Lender extended to Bollinger Motors, Inc. ("**Borrower**") dated October 24, 2024, in the original principal amount of $10,000,000 (the "**Loan**").

On March 5, 2025, we provided you with the Notice of Default due to Borrower's non-payment under the terms of the Loan. As set forth in the Notice of Default, among other things, Lender accelerated all amounts due under the Loan.

Today, Lender received a payment of $125,000, which we assume is Borrower's attempt to cure the failed payment that should have been made on February 28, 2025. Acceptance of this payment by Lender does not, in any way, waive Lender's right to pursue the entire principal, interest, and costs that remain due, and continue to accumulate, under the Loan. Pursuant to paragraph 2(c) of the Loan, the payment received today shall be applied first to the costs Lender has incurred, and continues to incur as a result of Borrower's default. Any remaining amounts will be applied to interest that has accrued and continues to accrue under the Loan.

Lender reserves all rights and waives none.

Sincerely,

WINTHROP & WEINSTINE, P.A.

H. William Burdett, Jr.

31137265v2