## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

## INDEX OF EXHIBITS

**EXHIBIT A**      Order appointing Gene Kohut as the receiver in this matter

**EXHIBIT B**      Gene Kohut's qualifications as receiver

31209800v1