# **EXHIBIT B**

# Wind-Down Fiduciary Services

## FOR PE PORTFOLIO COMPANIES

**Gene Kohut**, co-founder of Trust Street Advisors, specializes in helping private equity funds wind down portfolio companies that are operationally inactive and/or financially insolvent, as well as serving as a Independent Director, Assignee, Receiver or Trustee.  He focuses on maximizing asset value and mitigating risks for all stakeholders including the business, its directors, officers, shareholders, and creditors. His expertise extends across complex liquidation processes,

## WIND-DOWNS AND ALTERNATIVES TO BANKRUPTCY

Kohut expertly guides companies through bankruptcy and non-bankruptcy alternatives, including wind-downs under state law, assignments for the benefit of creditors (ABC), and court-appointed receiverships at both the state and federal levels. As a fiduciary, Kohut serves in various roles, whether as a trustee managing wind-down trusts, a board member, an advisor to the board, or a bankruptcy trustee, always focused on optimizing outcomes for stakeholders and fulfilling legal and corporate obligations.

His extensive experience includes overseeing the wind-down of both domestic and international companies, where he is well-versed in navigating their unique financial and operational challenges. Whether managing a distressed automotive supplier or facilitating a complex liquidation process, Kohut ensures that stakeholders, from creditors to shareholders, are effectively managed throughout the process.

As a fiduciary, Kohut's primary goals during a liquidation or wind-down process are to maximize asset value through going concern or liquidation while minimizing risks and ensuring legal and corporate obligations are fulfilled. His approach includes identifying critical steps to efficiently manage the company's dissolution, while also addressing the complex financial issues inherent in those engagements.

### As a fiduciary during a liquidation and wind-down process, Kohut focuses on the key steps necessary to maximize value, fulfill corporate and legal obligations, and reduce risks, including:

- Compliance with government requirements
- Collecting debts and settling claims
- Investigating and prosecuting litigation rights
- Selling/liquidating and distributing assets

- Administrative tasks necessary to wind-up the business' affairs
- Retaining and managing professionals
- Termination of retirement plans including working with the PBGC





# Corporate and Business Development

**PHONE:** 586.212.6337
**EMAIL:** gkohut@truststreet.com

## ABOUT GENE KOHUT

Kohut is a co-founder of Trust Street Advisors and leads the firm's fiduciary services practice. With over 25 years of experience in business operations, wind downs, liquidations, and sales, he has a deep understanding of the legal and financial intricacies of corporate wind-downs. Kohut's background includes being a former bankruptcy trustee with the Department of Justice and a restructuring attorney.

He has been appointed to various fiduciary roles, including Chapter 11 trustee, liquidating and litigation trustee, receiver, assignee for the benefit of creditors, chief restructuring officer, disbursing agent, and plan administrator. His work spans diverse sectors, where he has managed numerous wind-downs and sales .

Before co-founding Trust Street Advisors, Kohut was a Managing Director at Conway MacKenize/Riveron, where he built and led the consulting firm's national fiduciary advisory group. Throughout his career, Kohut has worked with private equity funds, lenders, other various constituents, and their advisors, with a strong focus on delivering tailored solutions to meet the unique needs of each industry, especially in complex wind down scenarios.

## Select Experience

### INDEPENDENT DIRECTOR
**Oneida Hospitality Group**
*One of the world's largest designers and sellers of stainless steel and silverplated cutlery and tableware for the consumer and food service industry with over 750 products and 1,000 employees.*

### INDEPENDENT DIRECTOR
**Be Green Packaging, LLC**
*A global leader in molded fiber manufacturing and distribution of compostable foodservice and consumer product goods with locations in the U.S. and China.*

### INDEPENDENT DIRECTOR
**Access 1 Communications**
*Conglomerate of 21 radio stations and TV stations throughout the U.S.*

### INDEPENDENT DIRECTOR/MANAGER
**Quest Solutions, LLC**
*Former leader of claims processing for Insurance and Fleet Companies through its proprietary and innovative software platform.*

### INDEPENDENT DIRECTOR
**Italian Restaurant Group**
*National restaurant ownership group of hundreds of various brands which offered high quality, chef Inspired food in casual environment throughout the United States.*

### TRUSTEE
**Munivest Financial Services, LLC**
*Managed multi-million-dollar Ponzi scheme involving intricate, multi-level fraudulent investments. Achieved significant recovery through aggressive litigation strategies and coordinated efforts with the US Attorney's Office.*

## Relevant Experience

### ASSIGNEE (ABC)
**AT Group US, and related affiliates**
*Assignee of logistics and delivery provider and warehouse management service company to customers throughout the Midwest and Great Lakes Region.*

### ASSIGNEE (ABC)
**Michigan Spring and Stamping, LLC**
*Assignee of OEM partner specializing in powertrain and transmission applications. Managing company operations while transitioning to a wind down.*
.
### TRUSTEE
**Contech US, MAG Contech, LLC/Contech LLC**
*Trustee of $300 million Tier 1 supplier which produced die castings, steel forgings, and fabricated steel products to the commercial truck market in its 9 plants throughout the US. Responsible for the sale and liquidation of the operations.*

### TRUSTEE
**Bolta, US, Ltd.**
*Liquidating and Administering Assets of Post Confirmation Chapter 11 Trust of manufacturing company to Tier 1 automotive suppliers*

### TRUSTEE
**Accuride Corp.**
*Liquidating and Administering Assets of Post Confirmation Chapter 11 Trust of heavy duty wheel and wheel end manufacturer*

### COURT APPOINTED RECEIVER
**Genova Products, Inc.**
*Formerly one of the world's largest manufacturers of plastic and vinyl plumbing and building products. Managed company operations during a going concern sale.*

