UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

ROBERT BOLLINGER,

       Plaintiff,                          Case No. 2:25-CV-10790
                                                 Hon. Terrence G. Berg
-vs-                                         Mag. Judge Anthony P. Patti

BOLLINGER MOTORS, INC.,

       Defendant.
_____/

**INDEX OF EXHIBITS TO**
**DEFENDANT'S MOTION TO QUASH SUBPOENA**

1       March 30, 2025 Subpoena to Bryan Chambers

4921-8782-9040, v. 1