UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT BOLLINGER,

    Plaintiff,

-vs-

BOLLINGER MOTORS, INC.,

    Defendant.

_____/

Case No. 2:25-cv-10790
Hon. Terrence G. Berg
Mag. Judge Anthony P. Patti

## STIPULATED ORDER DIRECTING RELEASE OF ESCROWED FUNDS

This matter having come before the Court on stipulation of the Parties and stipulation of the receiver recently appointed by the Court (the "Receiver"); the Court having entered a Protective Order in Anticipation of Evidentiary Hearing on May 7, 2025 (ECF No. 27) (the "Protective Order") requiring Defendant to, among other things, place certain funds in escrow until further order of the Court; Defendant having placed $126,359.00 in funds in escrow in the IOLTA account of its counsel, Howard & Howard Attorneys PLLC, on or about May 6th, 2025 (the "Escrowed Funds") in compliance with the Court's Protective Order; the Court having issued an order appointing the Receiver in this matter on May 7, 2025 (ECF No. 29), and having issued a subsequent opinion and order relating to certain findings of fact and conclusions of law relating to the appointment of the Receiver on May 8, 2025 (ECF No. 32); and the Court otherwise being fully advised as to the status of this matter;

**IT IS HEREBY ORDERED AS FOLLOWS**: Defendant's counsel in this matter, Howard & Howard Attorneys PLLC, is hereby ordered by the Court to release the Escrowed Funds to Defendant at the direction of the Receiver.

Dated: May 12, 2025

s/Terrence G. Berg
Honorable Terrence G. Berg
United States District Judge

Stipulated and Agreed:

| WINTHROP & WEINSTINE, P.A. | HOWARD & HOWARD ATTORNEYS, PLLC |
|---|---|
| By: /s/ *H. William Burdett, Jr.*<br>H. William Burdett, Jr. (P63185)<br>Attorneys for Robert Bollinger<br>Dated: May 12, 2025 | By: */s/ Miles T. Macik*<br>Miles T. Macik (P63262)<br>Attorneys for Bollinger Motors, Inc.<br>Dated: May 12, 2025 |

MCDONALD HOPKINS PLLC

By: /s/*Stephen M. Gross*
Stephen M. Gross (P35410)
Attorney for Receiver
Dated: May 12, 2025

2